UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., <br> KEY PATENT INNOVATIONS LTD., <br> Plaintiffs, <br> v. <br> NINTENDO CO. LTD., <br> NINTENDO OF AMERICA, INC., <br> Defendants. | Case No. 2:24-cv-01490 <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiffs hereby submit the following corporate disclosure statement.

Plaintiff Malikie Innovations Limited is a wholly-owned subsidiary of Key Patent Innovations Limited and no publicly held corporation owns 10% or more of its stock.

Plaintiff Key Patent Innovations Limited is a wholly-owned subsidiary of New PP Licensing LLC and no publicly held corporation owns 10% or more of its stock.

| | | |
|---|---|---|
| 1 | DATED: September 17, 2024 | BRESKIN JOHNSON & TOWNSEND, PLLC |
| 2 | | By: s/ *Roger M. Townsend* |
| 3 | | Roger M. Townsend, WSBA #25525 |
| 4 | | 1000 Second Avenue, Suite 3670<br>Seattle, WA 98104 |
| 5 | | (206) 652-8660<br>rtownsend@bjtlegal.com |
| 6 | | **Attorneys for Malikie Innovations Ltd.** |
| 7 | | **and Key Patent Innovations Ltd.** |