HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO. LTD. and NINTENDO OF AMERICA, INC,<br><br>Defendants. | NO. 2:24-cv-01490-JLR<br><br>PRAECIPE RE PRO HACE VICE APPLICATION OF KHUE HOANG (DKT. 3) |

Plaintiffs hereby request that the attached replace Dkt. 3.  Plaintiffs' counsel mistakenly used Ms. Hoang's physical office address instead of the registered PACER address in the original application.

DATED this 23rd day of September, 2024.

BRESKIN JOHNSON TOWNSEND, PLLC

*/s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: 206-652-8660
rtownsend@bjtlegal.com

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

Matthew G. Berkowitz (*pro hac vice* pending)
Yue (Joy) Wang *(admitted pro hac vice)*
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
mberkowitz@reichmanjorgensen.com
ywang@reichmanjorgensen.com

Khue Hoang (*pro hac vice* pending)
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
khoang@reichmanjorgensen.com

Taylor N. Mauze *(pro hac vice* pending*)*
515 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (650) 623-1401
tmauze@reichmanjorgensen.com

**Attorneys for Malikie Innovations Ltd. and Key Patent Innovations Ltd.**