HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO. LTD. and NINTENDO OF AMERICA, INC,<br><br>Defendants. | NO. 2:24-cv-01490-JLR<br><br>PRAECIPE RE PRO HACE VICE APPLICATION OF TAYLOR MAUZE (DKT. 4) |

Plaintiffs hereby request that the attached replace Dkt. 3. Plaintiffs' counsel mistakenly used Ms. Mauze's physical office address in the original application, but now submits her firm's primary office address in the corrected application.

DATED this 23rd day of September, 2024.

BRESKIN JOHNSON TOWNSEND, PLLC

*/s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: 206-652-8660
rtownsend@bjtlegal.com

| | |
|---|---|
| 1 | |
| 2 | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| 3 | |
| 4 | Matthew G. Berkowitz (*pro hac vice* pending)<br>Yue (Joy) Wang *(admitted pro hac vice)*<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>mberkowitz@reichmanjorgensen.com<br>ywang@reichmanjorgensen.com |
| 5 | |
| 6 | |
| 7 | Khue Hoang (*pro hac vice* pending)<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>khoang@reichmanjorgensen.com |
| 8 | |
| 9 | |
| 10 | |
| 11 | Taylor N. Mauze *(pro hac vice* pending*)*<br>515 Congress Avenue, Suite 1900<br>Austin, TX 78701<br>Telephone: (650) 623-1401<br>tmauze@reichmanjorgensen.com |
| 12 | |
| 13 | |
| 14 | **Attorneys for Malikie Innovations Ltd. and Key Patent Innovations Ltd.** |
| 15 | |

PRAECIPE - 2

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660