THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., KEY PATENT INNOVATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO CO., LTD., NINTENDO OF AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:24-cv-01490 <br><br> **NOTICE OF APPEARANCE** |

TO:        The Clerk of the Court

AND TO:   All parties and counsel of record

YOU AND EACH OF YOU Please take notice that Mark P. Walters of Lowe Graham Jones PLLC hereby appear for Defendants Nintendo Co., Ltd. and Nintendo of America Inc. All further pleadings and papers, except original process, shall be served upon said attorney.

Mark P. Walters, WSBA #30819
walters@lowegrahamjones.com
Lowe Graham Jones PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 981010
Telephone: (206) 381-3300

///

////

///

**NOTICE OF APPEARANCE FOR MARK P. WALTERS** - 1
No. 24-cv-01490

129645.0002/8075328.1

Lowe Graham Jones PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1
2      Dated this 22nd day of October 2024.
3                                    LOWE GRAHAM JONES^PLLC
4
5                                    _____
                                     Mark P. Walters, WSBA No. 30819
6                                    *Walters@LoweGrahamJones.com*
                                     1325 Fourth Avenue, Suite 1130
7                                    Seattle, WA 98101
                                     T: 206.381.3300
8                                    F: 206.381.3301
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**NOTICE OF APPEARANCE FOR MARK P. WALTERS** - 2
No. 24-cv-01490

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301